IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRYL L. JONES,

    Plaintiff,

v.                                          Case No. 4:14cv670-RH/CAS

MR. FRISON, DR. GRIPPE, M.D.
et al.,

    Defendants.

_____/

## ORDER STRIKING THE DEMAND FOR COMPENSATORY AND PUNITIVE DAMAGES AND OTHERWISE DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 69, the plaintiff's objections, ECF No. 70, the defendants' response, ECF No. 71, and the plaintiff's motion to strike the response, ECF No. 72. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is accepted and adopted as the court's opinion.

2. The motion to dismiss, ECF No. 61, is granted in part and denied in part. The plaintiff's demand for compensatory and punitive damages is struck.

3. The plaintiff's motion to strike, ECF No. 72, is denied.

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on February 21, 2017.

> s/Robert L. Hinkle
> United States District Judge