IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRYL L. JONES,

    Plaintiff,

v.                                         CASE NO. 4:14cv670-RH/CAS

MR. FRISON, DR. GRIPPE, M.D.
et al.,

    Defendants.

_____/

ORDER DENYING LEAVE TO FILE
THE SEVENTH AMENDED COMPLAINT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 82. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for leave to file a seventh amended complaint, ECF No. 81, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 7, 2017.

                                          s/Robert L. Hinkle
                                          United States District Judge